**Andrew P. Holland/Bar No. 224737**
aholland@thoits.com
**Mark V. Boennighausen/Bar No. 142147**
mboennighausen@thoits.com
**Nathaniel H. Lipanovich/Bar No. 292283**
nlipanovich@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 205
Los Altos, California 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572

**Attorneys for Plaintiff**
**Bella+Canvas, LLC**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELLA+CANVAS, LLC, | Case No.: 2:20-cv-05947-JWH-(AS) |
| Plaintiff, | The Hon. John W. Holcomb |
| v. | **BELLA+CANVAS, LLC'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION** |
| TSC APPAREL, LLC, an Ohio limited liability company; and DOES 1 through 20, inclusive, | |
| Defendants. | Date: December 18, 2020<br>Time: 9:00 a.m.<br>Courtroom: 2<br>Trial Date: None |

BELLA+CANVAS RESPONSE TO COURT'S OSC RE DISMISSAL

## I. BACKGROUND

Plaintiff Bella+Canvas, LLC (B+C") filed its complaint against TSC Apparel, LLC ("TSC") in this action on July 1, 2020. Dkt. No. 1. In both its complaint and subsequent First Amended Complaint, B+C invoked the Court's subject matter jurisdiction based on diversity jurisdiction under 28 U.S.C. § 1332. On November 24, 2020, the Court *sua sponte* issued an Order To Show Cause and ordered B+C to submit a response "identifying the states of citizenship of each member of the limited liability companies Bella+Canvas and TSC Apparel as of the date of the Complaint (and, if any such member is itself a limited liability company, identifying the states of citizenship of its members as well)." Dkt. 35 at 4. B+C now responds to that order.

## II. CITIZENSHIP OF THE PARTIES

### A. Bella+Canvas, LLC is a citizen of California

B+C is a California limited liability company based in Los Angeles County, California. Dkt. 29 ¶ 1. B+C identified its sole member in its Notice of Interested Parties. Dkt. 4. This member is Color Image Apparel, Inc. ("Color Image"). *Id.* Color Image is a California corporation with its principal place of business in Los Angeles County, California. Color Image, and thus in turn B+C, is a citizen of California. This was also true at the time the complaint was filed.

### B. TSC Apparel, LLC is a citizen of Delaware

TSC is an Ohio limited liability company based in Ohio. Dkt. 29 ¶ 2. TSC did not identify any entities or persons in its Notice of Interested Parties. Dkt. 11. However, counsel for TSC has represented that TSC is (and was at the time the complaint was filed) wholly owned by TSC Apparel Holdings, Inc., a Delaware corporation with its principal place of business in Delaware. Thus TSC Apparel Holdings, Inc., and in turn TSC, is a citizen of Delaware.

1

BELLA+CANVAS RESPONSE TO COURT'S OSC RE DISMISSAL

## III. CONCLUSION

B+C is a citizen of California and TSC is a citizen of Delaware, and thus because the amount in controversy exceeds $75,000 this Court has diversity jurisdiction under 28 U.S.C. § 1332.

Dated: December 8, 2020

                                  **THOITS LAW**

                By   */s/ **Nathaniel Lipanovich***
                      Andrew P. Holland
                      Mark V. Boennighausen
                      Nathaniel H. Lipanovich
                      Attorneys for Plaintiff
                      Bella+Canvas, LLC