**Andrew P. Holland/Bar No. 224737**
  aholland@thoits.com
**Mark V. Boennighausen/Bar No. 142147**
  mboennighausen@thoits.com
**Nathaniel H. Lipanovich/Bar No. 292283**
  nlipanovich@thoits.com
**THOITS LAW**
A Professional Corporation
400 Main Street, Suite 205
Los Altos, California 94022
Telephone:  (650) 327-4200
Facsimile:  (650) 325-5572

**Attorneys for Plaintiff
Bella+Canvas, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BELLA+CANVAS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>TSC APPAREL, LLC, an Ohio limited liability company; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No.:   2:20-cv-05947-JWH-AS<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  July 1, 2020 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL:**

Plaintiff Bella+Canvas, LLC ("B+C") notifies the Court that B+C has settled its suit with Defendant TSC Apparel, LLC ("TSC").

Subject to timely completion of the deadlines in the settlement agreement, B+C expects to dismiss its case with prejudice within one week. B+C thus respectfully requests that the Court vacate any upcoming deadlines, including TSC's deadline to respond to the Second Amended Complaint.

Dated: March 2, 2021

**THOITS LAW**

By:    */s/ Nathaniel H. Lipanovich*
**Nathaniel H. Lipanovich
Attorneys for Plaintiff
Bella+Canvas, LLC**